856

No. 284. BETTINGER ET AL. v. NORTHWESTERN NATIONAL CASUALTY CO. ET AL. C. A. 8th Cir. Certiorari denied. *Robert O. Sullivan* and *Arthur J. Donnelly* for petitioners. *Elmer Wiblishauser* for respondents.

No. 289. PRUDENCE-BONDS CORP. ET AL. v. CHEMICAL BANK & TRUST CO., TRUSTEE. C. A. 2d Cir. Certiorari denied. *Charles M. McCarty* for the Prudence-Bonds Corporation, *Geo. C. Wildermuth* for Castellano, *Samuel Silbiger* for Eddy, and *Aaron Schwartz* for Samson et al., petitioners. *John A. Wilson* and *Willard M. L. Robinson* for respondent.

No. 291. BERTELSEN v. COONEY. C. A. 5th Cir. Certiorari denied. *Irwin J. Askow* and *Harvey L. Hardy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 292. FIRST TRUST & SAVINGS BANK OF ZANESVILLE v. FIDELITY-PHILADELPHIA TRUST CO. C. A. 3d Cir. Certiorari denied. *Israel Packel* and *James S. Clifford, Jr.* for petitioner. *Thomas B. K. Ringe* for respondent.

No. 293. UNITED STATES EX REL. LODUCA v. NEELLY, DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 7th Cir. Certiorari denied. *Francis Heisler* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 294. HULAHAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *C. Arthur Anderson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General*

*Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States.

No. 295. Bowes et al. *v.* City of Chicago et al. Supreme Court of Illinois. Certiorari denied. *Edward R. Johnston* and *Howard B. Bryant* for petitioners. *John J. Mortimer, James A. Velde, Robert J. Nolan* and *Ray Garrett, Jr.* for the City of Chicago, *Clarence H. Ross* for the Great Lakes Dredge & Dock Co., and *Philip A. Lozowick* for the Chicago Park District, respondents.

No. 296. Gross Income Tax Division of Indiana et al. *v.* Warner Bros. Pictures Distributing Corp. Supreme Court of Indiana. Certiorari denied. *Edwin K. Steers,* Attorney General of Indiana, and *Carl M. Franceschini* and *Lloyd C. Hutchinson,* Deputy Attorneys General, for petitioners. *Joseph J. Daniels* and *Paul N. Rowe* for respondent.

No. 297. United States *v.* Katz et al. C. A. 1st Cir. Certiorari denied. *Solicitor General Sobeloff* for the United States. *Joseph C. Wells* for respondents.

No. 298. Western Maryland Railway Co. *v.* Pennsylvania. Supreme Court of Pennsylvania, Middle District. Certiorari denied. *William C. Purnell* for petitioner. *Frank F. Truscott,* Attorney General of Pennsylvania, and *George W. Keitel,* Deputy Attorney General, for respondent.

No. 299. Reed *v.* Reed et al. Supreme Court of Florida. Certiorari denied. *Ulysses Erwin Sibley* for petitioner. *W. D. Bell* and *R. K. Bell* for respondents.